No. 77–1399.   MECHANIC'S BUILDING & LOAN CO. *v.* FEDERAL HOME LOAN BANK BOARD ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 77–1401.   GOODWIN *v.* BRIGGS ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 77–1420.   CHICAGO HEALTH CLUBS, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 7th Cir.   Certiorari denied.

No. 77–1423.   PAVONE *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 77–1428.   YESTERDAY'S CHILDREN ET AL. *v.* KENNEDY, DIRECTOR, DEPARTMENT OF CHILDREN AND FAMILY SERVICES OF ILLINOIS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 77–1448.   THOMAS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 77–1452.   LEWIN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 7th Cir.   Certiorari denied.

No. 77–1458.   MAPCO, INC., ET AL. *v.* CARTER, PRESIDENT OF THE UNITED STATES, ET AL.   Temp. Emerg. Ct. App.   Certiorari denied.

No. 77–1488.   PERLMAN ET AL. *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 77–1508.   GUST *v.* UNITED STATES CUSTOMS SERVICE.   C. A. 6th Cir.   Certiorari denied.

No. 77–1525.   KAUFMAN *v.* ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK.   C. A. 2d Cir.   Certiorari denied.